IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TONI A. HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:14-0859 |
| v. | ) |
| | ) JUDGE NIXON |
| KYOWA AMERICA | ) MAGISTRATE JUDGE GRIFFIN |
| CORPORATION, | ) |
| | ) JURY DEMAND |
| Defendant. | ) |

## PROPOSED ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the parties' Stipulation of Dismissal that the parties have resolved this matter, it is therefore ORDERED that this action is DISMISSED with PREJUDICE.

DATED this 23rd day of April, 2015.

_____
United States District Judge


Approved for entry:

Allman & Associates

/s/ Andy L. Allman
Andy L. Allman, (BPR # 17857)
131 Saundersville Rd., Suite 110
Hendersonville, Tennessee 37075
Telephone: (615) 933-0110
andylallman@comcast.net
*Attorney for Plaintiff*

1